UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80281-CIV-DIMITROULEAS

THERESA E. PEER,

    Plaintiffs,
vs.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

    Defendant.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; DENYING RENEWED AND RESTATED MOTION FOR AWARD OF ATTORNEY'S FEES

THIS CAUSE is before the Court upon Defendant Liberty Life Assurance Company of Boston ("Defendant")'s Renewed and Restated Motion for Award of Attorney's Fees (the "Motion") [DE 98], and the January 18, 2022 Magistrate Judge's Report and Recommendation (the "Report") [DE 119]. The Court notes that no objections to the Report [DE 119] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 119] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 119] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

1

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 119] is hereby **ADOPTED** and **APPROVED**; and

2. Defendant's Renewed and Restated Motion for Award of Attorney's Fees [DE 98] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of February 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Matthewman
Counsel of record